**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Gustavo Uriel Sandoval v. The State of Texas

Appellate case number:    01-17-00530-CR

Trial court case number:  D-1-DC-17-904007

Trial court:              331st District Court of Travis County

This Court's December 5, 2017 Order of Abatement had abated and remanded this case for the trial court to determine whether appellant's appointed counsel, John S. Butler, had abandoned this appeal and new counsel should be appointed. On January 2, 2018, Kenneth G. Mahaffey filed a notice of appearance in this Court as appellant's newly-appointed counsel. On January 3, 2018, an amended abatement hearing record was filed in this Court for the January 2, 2018 hearing. Then on January 4, 2018, a supplemental clerk's record was filed in this Court attaching, among other things, an order, signed on January 2, 2018, finding appellant still to be indigent, relieving Butler of his duties, appointing Mahaffey as appellant's counsel, and recommending that an extension of time be granted for new counsel.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket, to remove John S. Butler as appellant's counsel, and to designate **Kenneth G. Mahaffey** as appellant's new lead counsel, if not done so already. *See* TEX. R. APP. P. 6.1(c), 6.5(b), (d). Appellant's brief is **ORDERED** to be filed within **30 days** of the date of this order. *See id.* 2, 38.6(a)(1).

Appellant is **ORDERED** to file his appellate brief no later than **30 days** from the date of this Order. *See* TEX. R. APP. P. 2, 38.6(a)(2). The State's appellate brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                        ☑ Acting individually    ☐ Acting for the Court
Date: January 9, 2018